AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 2423(c) - Engaging in Illicit Sexual Conduct in Foreign Places;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 30 years imprisonment; $250,000 fine; 5 years (lifetime max.) supervised release; $100 special assessment. Count 2: 10 years imprisonment; $250,000 fine, lifetime supervised release and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— DEFENDANT - U.S ——
▶ LEONARD B. AUERBACH

DISTRICT COURT NUMBER
CR08-0227   CW

E-filing

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)
IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    ANDREW S. HUANG, AUSA

—— DEFENDANT ——

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

**FILED**
APR - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LEONARD B. AUERBACH, <br> Defendant. | No. CR08-0227 CW <br> VIOLATION: 18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography <br> OAKLAND VENUE |

### INFORMATION

The United States Attorney charges that:

COUNT ONE: (18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places)

Beginning no later than on or about September 22, 2004, and continuing to at least on or about April 9, 2007, the defendant,

LEONARD B. AUERBACH,

a citizen of the United States, did travel in foreign commerce and did knowingly engage with another person in illicit sexual conduct, as that term is defined at 18 U.S.C. §§ 2423(f) and 2246, all in violation of Title 18, United States Code, Section 2423(c).

//

//

INFORMATION

1 | COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

2 | On or about August 6, 2007, in the Northern District of California, the defendant,

3 | LEONARD B. AUERBACH,

4 | did knowingly possess matters which contained visual depictions that had been shipped and
5 | transported in interstate and foreign commerce, by any means including by computer, and which
6 | were produced using materials that had been transported and shipped in interstate and foreign
7 | commerce, knowing that the producing of such visual depictions involved the use of a minor
8 | engaging in sexually explicit conduct and that such visual depictions were of such conduct, all in
9 | violation of Title 18, United States Code, Section 2252(a)(4)(B).

10 | FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253 and 2428 – Criminal Forfeiture)

11 | Upon conviction of the offenses alleged in this Information, the defendant,

12 | LEONARD B. AUERBACH,

13 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and
14 | 2428, all visual depictions described in Title 18, United States Code Section 2252, and all
15 | property, real and personal, used and intended to be used to facilitate, commit and promote the
16 | commission of the offenses of conviction, including but not limited to the following:

  a. $250,000, representing a portion of proceeds from the sale of the defendant's interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

  b. 120 GB hard drive (seized by the government on August 6, 2007);

  c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8 (seized by the government on August 6, 2007);

  d. 1 GB PNY brand flash drive (seized by the government on August 6, 2007);

  e. 512 GB PNY brand flash drive (seized by the government on August 6, 2007);

25 | //
26 | //
27 | //
28 | //

INFORMATION

      f.      Any other property that the government seized from defendant's home in Orinda, California on August 6, 2007 that has been determined to constitute or contain sexually explicit images of minors, including any computers or computer storage devices.

DATED: April 7, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: _____ )
ANDREW S. HUANG
Assistant United States Attorney

INFORMATION