JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637–3680
   Facsimile: (510) 637-3724
   E-Mail:    Andrew.Huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEONARD B. AUERBACH,<br><br>    Defendant. | No. CR 08-0227 CW<br><br>NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the U.S. Attorney for the Northern District of California dismisses the above-captioned Information.

DATED:                                      Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                                  /s/
                                              ANDREW S. HUANG
                                             Assistant United States Attorney

LEAVE GRANTED:

DATED:

                                             CLAUDIA WILKEN
                                             United States District Judge

Notice of Dismissal [CR 08-0227 CW]