1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637–3680
7  Facsimile: (510) 637-3724
   E-Mail:    Andrew.Huang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-0227 CW
                                     )
14        Plaintiff,                 )
                                     )
15     v.                            )   NOTICE OF DISMISSAL
                                     )
16  LEONARD B. AUERBACH,             )
                                     )
17        Defendant.                 )
                                     )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  U.S. Attorney for the Northern District of California dismisses the above-captioned Information.

21  DATED:                              Respectfully submitted,

22                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
23
                                        _____/s/_____
24                                      ANDREW S. HUANG
                                        Assistant United States Attorney
25
    LEAVE GRANTED:
26
    DATED: 8/8/08                       [signature: Claudia Wilken]
27
                                        _____
28                                      CLAUDIA WILKEN
                                        United States District Judge

Notice of Dismissal [CR 08-0227 CW]